

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

DON CRISOLOGO,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 04-00044

**ORDER**

Vacating Previous Order
of November 9, 2005

The Court hereby vacates its order entered on November 9, 2005 in the above-captioned matter as it was entered in error. See Docket No. 3.

**IT IS SO ORDERED** this 19th day of November, 2005.

ROBERT CLIVE JONES*
United States District Judge

---

* The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.